United States District Court
Southern District of Texas
**ENTERED**
May 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALICIA WILLIAMS, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-76 |
| | § | |
| CAPITAL HEALTH ADVISORS INC., | § | |
| | § | |
| *Defendant*. | § | |

## DISMISSAL ORDER

Before the court is the plaintiff's voluntary dismissal of all claims against the defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 9. The court acknowledges this voluntary dismissal.

Accordingly, it is hereby ordered that all claims asserted against the defendant in the above-captioned lawsuit are hereby dismissed with prejudice to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 11th day of May, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE